```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
```

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case Number 06-20172-BC

v.                                Honorable Thomas L. Ludington

ROBERT JAMES OCAMPO,

        Defendant.

_____/

## ORDER SEVERING DEFENDANT ROBERT JAMES OCAMPO FOR TRIAL, SETTING TRIAL DATE, AND SETTING DATE FOR PROPOSED JURY INSTRUCTIONS

This matter is before the Court on co-defendant Kip Perry's motion to extend plea cut-off date and continue trial [dkt # 139]. Currently, the trial date for all defendants in this matter is set for October 30, 2007. Defendant Robert James Ocampo opposed the motion, invoking his right to a speedy trial and objecting to a lengthy adjournment. In a separate order, the Court granted co-defendant Kip Perry's motion to adjourn as to defendants Kip Perry, Bruce Perry, Phil Perry, Theresa Perry, and Phillip Gianfortuna. As a result, the Court will sever defendant Ocampo from all other defendants and commence the trial.

Accordingly, it is **ORDERED** that defendant Robert James Ocampo is **SEVERED** from all other defendants in the matter for trial. The trial of Robert James Ocampo will proceed separately from the trial of the other defendants named in the fourth superseding indictment.

It is further **ORDERED** that the trial for defendant Robert James Ocampo will begin at **8:30 a.m. on November 6, 2007**.

It is further **ORDERED** that the government and defendant Robert James Ocampo shall submit proposed jury instructions, witness lists, and all other required submissions on or before **October 30, 2007.**

              s/Thomas L. Ludington
              THOMAS L. LUDINGTON
              United States District Judge

Dated: October 24, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 24, 2007.

        s/Tracy A. Jacobs
        TRACY A. JACOBS